**Annalize ROSA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–75742.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 2, 2009.

Annalize Rosa, Santa Ana, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Don George Scroggin, Esquire, Trial, Linda S. Wendtland, Esquire, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: HAWKINS, PAEZ, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Annalize Rosa, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d

889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Rosa's motion to reopen as untimely because the motion was filed more than five years after the BIA's March 7, 2001 order, *see* 8 C.F.R. § 1003.2(c)(2) (motion to reopen must generally be filed within 90 days of the final order), and Rosa did not establish that she was entitled to equitable tolling, *see Iturribarria*, 321 F.3d at 897 (deadline for filing a motion to reopen can be equitably tolled "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**

**Claudia Angelica VICTORIA–MUNOZ, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 08–70258.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.